# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**YANCEY LAMARR WHITE,**

    **Petitioner,**

  **v.**

**W. A. SHERROD, Warden,**
**FCI Greenville,**

    **Respondent.**                       **NO. 07-CV-882-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on petitioner, Yancey Lamarr White's Petition for Writ of Habeas Corpus pursuant to **28 U.S.C. §2241**.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 5, 2010, the petition is **DISMISSED** as moot.------------------------------

                                  **NANCY J. ROSENSTENGEL,**
                                  **CLERK OF COURT**


                        **BY:**        **/s/*Sandy Pannier***
                                  **Deputy Clerk**

Dated: May 5, 2010


APPROVED: /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT